ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd.
Suite A117
Tustin, CA 92780     JS-6
PH: 714.783.4220
FAX: 888.505.1033

Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff STEPHEN TURNER                                         JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TURNER, an individual | Case No.: 2:18-cv-03007-JFW-JCx |
| Plaintiff, | ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| vs. | |
| NAGI ISKANDER, aka "NABIL N. ISKANDER" an individual, | [Hon. John F. Walter presiding] |
| Defendants. | |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated: February 7, 2019

_____
Judge, United States District Court,
Central District of California